IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSEPH W. DICKEL,

        Plaintiff,

v.          CIVIL ACTION NO. 2:07-cv-00762

MICHAEL J. ASTRUE
Commissioner of Social Security,

        Defendant.

## MEMORANDUM OPINION & ORDER

On December 23, 2009, the Honorable Mary E. Stanley, United States Magistrate Judge, entered Proposed Findings and Recommendation [Docket 7] proposing that this case be dismissed without prejudice for failure to prosecute. The plaintiff failed to file timely objections.

This court **ADOPTS** the Proposed Findings and Recommendation of the Magistrate Judge and **DISMISSES** this action without prejudice for failure to prosecute.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        January 12, 2010

        Joseph R. Goodwin, Chief Judge